Michael F. YOUNG, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7009.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2010.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Lauren A. Weeman, Department of Justice, Washington, DC, for Respondent–Appellee.

ON MOTION

*ORDER*

Upon consideration of Michael F. Young's motion to voluntarily withdraw his appéal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

INVENTORPRISE, INC., Plaintiff–Appellant,

v.

TARGET CORPORATION and Target Brands, Inc., Defendants–Appellees.

No. 2010–1130.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2010.

Heather V. Miller, Hinman, Howard & Kattell, Binghamton, NY, for Plaintiff–Appellant.

Richard N. Aswad, Aswad, Ingraham Law Firm, Binghamton, NY, for Defendants–Appellees.

ON MOTION

*ORDER*

Upon consideration of Inventorprise, Inc.'s motion to voluntarily dismiss its appeal, from the United States District Court for the Northern District of New York, case no. 09–CV–0380,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.